UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY T. NEWELL,

        Petitioner,

    v.

HEIDI M. LACKNER, Warden,

        Respondent.

Case No.  13-cv-03309-YGR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

      Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED.  Petitioner shall file a traverse by **October 15, 2015**.

      This Order terminates Docket No. 17.

      IT IS SO ORDERED.

Dated: August 21, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

United States District Court
Northern District of California