UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY T. NEWELL,

        Petitioner,

  v.

JOEL MARTINEZ, Acting Warden,

        Respondent.

Case No. 13-cv-03309-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge